**Motion to withdraw granted, motion to extend time to file brief granted, and Order filed January 26, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00827-CV

## TEXAS REIT, LLC, DALIO HOLDINGS I, LLC, AND DALIO HOLDINGS II, LLC, Appellants

## V.

## WCW HOUSTON PROPERTIES, LLC, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2017-35320**

### ORDER

Before the court is a motion to withdraw as counsel filed January 9, 2023. Appellants' counsels Jadd Masso, Elizabeth Griffin and the Clark Hill PLC law firm seek to withdraw from their representation of appellants in this appeal. Having considered the motion, the court grants the motion.

Also before the court is a motion to extend time for appellants to file their

brief, which seeks an extension of time to March 6, 2023 based partly on appellants seeking to proceed without recent counsel in this appeal. Having considered the motion, the court grants it and instructs appellants to file their brief no later than March 6, 2023.

However, because the motion to withdraw has been granted, appellants are not currently represented by any counsel in this appeal. Except for the performance of ministerial tasks, corporations and other non-natural persons may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *see also Dell Dev. Corp. v. Best. Indus. Uniform Sup. Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied).

If appellants do not retain counsel for the filing of their brief no later than March 6, 2023, the appeal will be subject to dismissal without further notice. *See* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Bourliot.